AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Francisco Ramirez-Maya

*Defendant(s)*

Case No. 8:17-MJ-1395-T-AAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 5, 2017 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Scott Spicciati, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 6, 2017

[signature]
*Judge's signature*

City and state: Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Francisco RAMIREZ-MAYA, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

## FACTS AND CIRCUMSTANCES

4. On or about July 25, 2016, the Hillsborough County Sheriff's Office charged RAMIREZ-MAYA with driving under the influence and booked him into the Hillsborough County Jail. RAMIREZ-MAYA bonded out of custody before an ICE detainer could be placed.

5. On June 5, 2017, Deportation Officer Saul Pumarejo and I found RAMIREZ-MAYA outside his home at 2032 51st Street South, in Tampa, Florida, which is within the Middle District of Florida.

6. Post-*Miranda*, RAMIREZ-MAYA stated that he was a Mexican citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within RAMIREZ-MAYA's Alien File ("A-File"). Upon reviewing these sources, I determined that RAMIREZ-MAYA is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about August 7, 2000.

8. Fingerprints taken of RAMIREZ-MAYA were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. The IAFIS indicates that they are from the same person.

9. Computer record checks also indicate that RAMIREZ-MAYA was convicted of felony fraud, in Hillsborough County, Florida, on or about June 23, 2000; and of driving under the influence, in Hillsborough County, Florida, on or about October 17, 2001, on or about November 13, 2002, and on or about October 10, 2016.

10. No information exists, either in the A-file or the computer databases, showing that RAMIREZ-MAYA had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that RAMIREZ-MAYA, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Scott Spicciati, Deportation Officer
ICE-ERO

Sworn to and subscribed before me
this 6th day of June, 2017, in Tampa, Florida.

AMANDA A. SANSONE
United States Magistrate Judge